# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0111**
Jamarkous Antonia Coleman v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-11-634.60 and CC-12-83.60)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk